IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>GREENGRIDS LLC, and LAUNEY WRAY PULLIAM,<br><br>*Defendants.* | Case No. 1:24-cv-04150<br><br>Judge Manish S. Shah<br>Magistrate Judge Beth W. Jantz<br><br>**Hearing: September 4, 2024, at 9:45 AM** |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN, Plaintiff, Jorge Alejandro Rojas, will bring on for hearing his August 23, 2024 Motion for Default Judgment, against all Defendants, before the Honorable Manish S. Shah, or whoever may be sitting in his stead, in Courtroom 1919, of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street Chicago, IL 60604, on September 4, 2024, at 9:45 AM, or as soon as possible thereafter.

Respectfully Submitted,

Dated: August 23, 2024

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

The undersigned certifies that he will mail a copy of this motion via USPS First Class Mail to each Defendant and via a separate trackable means of delivery (UPS Ground) to their last known address, 21403 SOMERSET ST SHOREWOOD, IL 60404.

/s/ Jorge Alejandro Rojas