AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
)
      v.                      )    Case No.:
)
)

**BILL OF COSTS**

Judgment having been entered in the above entitled action on _____ against Greengrids LLC and Launey Wray Pulliam (joint and several),
                                                        *Date*

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $627.22 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

      ❒    Electronic service      ❒    First class mail, postage prepaid

      ❒    Other: _____

    s/ Attorney: _____

          Name of Attorney: _____

For: _____           Date: _____
      *Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*1:24-cv-04150 Rojas v. Greengrids LLC et al*

*ITEMIZATION OF COSTS*

**Fees of the Clerk.**
Requested amount is $405. Dkt. 6 demonstrates this filing fee was paid.

**Fees for service of summons and subpoena**
Defendants failed to waive service despite the mailing of a waiver request. Plaintiff, judgment now having been entered, seeks the costs of service of the summons in the Bill of Costs.

| Party | Description | Supporting Doc | Total |
|---|---|---|---|
| GreenGrids LLC | Service of process via ABCLegal | Exhibit 1 | $85.00 |
| Launey Wray Pulliam | Service of process via ABCLegal | Exhibit 1 | $85.00 |
| **TOTALS** | | | |
| All Defendants | Requested to be jointly and severally amongst all Defendants | | $170.00 |

**Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.**

| Docket Item | Page Count | Copies Made | Total Pages |
|---|---|---|---|
| 1 – Complaint | 9 | 3 | 27 |
| Waiver of Service Form | 1 | 4 (per FRCP) | 4 |
| Notice of a Lawsuit & Request to Waive Service Form | 1 | 2 | 2 |
| 2 – Civil Cover Sheet | 2 | 3 | 6 |
| 3 – Pro Se Appearance Form | 1 | 3 | 3 |
| 4 – Joint Report Requirement Order | 1 | 3 | 3 |
| 9 – Initial Status Report | 2 | 3 | 6 |
| 10 – 55(a) Request Green Grids | 2 | 3 | 6 |
| 11 – 55(a) Request Pulliam | 2 | 3 | 6 |
| 13 – 55(b) Motion | 37 | 3 | 111 |
| 14 – Notice of Motion [13] | 1 | 3 | 3 |
| 15 – Minute order on 55(b) | 1 | 2 | 2 |
| 16 – Judgment | 1 | 2 | 2 |
| **TOTAL** | | | **181 Pages** |

Requested at $0.10 a page, requested amount is $18.10. Three copies requested when Plaintiff made a copy of the document for his own use in this case – for example for bringing the document to the oral argument on September 4, 2024.

**Other Costs**
Plaintiff incurred the following documented costs in postage.

| Date Printed | Amount Paid | Tracking # | Date Delivered | Recipient | Service | Reference 1 |
|---|---|---|---|---|---|---|
| 05/26/2024 | 3.79 | 9400111206204725354101 | 05/29/2024 | Greengrids LLC , atn: Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | USPS Ground Advantage™ | 04150 Waiver |
| 05/26/2024 | 3.79 | 9400111206204725355764 | 05/29/2024 | Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | USPS Ground Advantage™ | 04150 Waiver |
| 07/30/2024 | 6.64 | 9405511206204276582346 | 08/01/2024 | Greengrids LLC, atn: Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | USPS Priority Mail® | 04150 ECF 10, 11 |
| 07/30/2024 | 6.64 | 9405511206204276582377 | 08/01/2024 | Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | USPS Priority Mail® | 04150 ECF 10, 11 |
| 08/23/2024 | 6.63 | 1ZT84T560390882081 | 08/24/2024 | Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | UPS® Ground | GG NOM MDJ |
| 08/23/2024 | 6.63 | 1ZT84T560397210409 | 08/24/2024 | Greengrids LLC, atn: Launey Wray Pulliam, 21403 SOMERSET ST, Shorewood, IL 60404 | UPS® Ground | GG NOM MDJ |
| TOTAL | $34.12 | | | | | |

The total postage costs were $34.12 as to all Defendants. Plaintiff believes postage is a taxable expense – but recognizes that Courts are split on this issue. "this court has construed section 1920 to include amounts spent on filing fees, postage, telephone calls and delivery charges", see *Burda v. M. Ecker Co.*, 2 F.3d 769, 778 (7th Cir. 1993). Recently, this Court has granted costs for postage expenses in a case. *Rojas v. Owner of Getgeminigummies.com et al,* 1:22-cv-04924, Dkt. 62.

Plaintiff seeks the above costs (total $627.22) in connection with costs incurred in the process of litigating this case against all Defendants.

/s/ Jorge Alejandro Rojas